IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Stevlic, Stevan | Case Number:  07 B 06765 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/17/09 | Filed:  4/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 2, 2009
Confirmed:   June 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 27,989.00 | |
| Secured: | | 24,921.06 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,399.00 |
| Trustee Fee: | | 1,668.94 |
| Other Funds: | | 0.00 |
| Totals: | 27,989.00 | 27,989.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,399.00 | 1,399.00 |
| 2. | National City Mortgage Co | Secured | 18,983.95 | 18,274.57 |
| 3. | Kenilworth Arms Condominium Assoc. | Secured | 4,233.52 | 4,233.52 |
| 4. | National City Mortgage Co | Secured | 34,460.02 | 2,412.97 |
| 5. | Internal Revenue Service | Priority | 8,111.76 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 711.50 | 0.00 |
| 7. | American Express Travel Relate | Unsecured | 61.74 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 1,038.87 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 1,030.25 | 0.00 |
| 10. | National Capital Management | Unsecured | 2,833.51 | 0.00 |
| 11. | Cash Advance | Unsecured | | No Claim Filed |
| 12. | AFNI | Unsecured | | No Claim Filed |
| 13. | First Premier | Unsecured | | No Claim Filed |
| 14. | Loyola University Chicago | Unsecured | | No Claim Filed |
| | | | $ 72,864.12 | $ 26,320.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 861.15 |
| 6.5% | 542.87 |
| 6.6% | 264.92 |
| | $ 1,668.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stevlic, Stevan | Case Number:  07 B 06765 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/17/09 | Filed:  4/14/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                           Marilyn O. Marshall, Trustee, by:

*[signature]*